IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY E. COX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07cv124-CSC |
| ) | (WO) |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now pending before the court is the June 20, 2007, motion for an extension to file the plaintiff's brief (doc. # 14) filed by the plaintiff. Upon consideration of the motion, it is

ORDERED that the plaintiff be and is hereby GRANTED an extension to and including July 20, 2007, to file a brief in support of her complaint.

Done this 21st day of June, 2007.

           /s/Charles S. Coody
           CHARLES S. COODY
           CHIEF UNITED STATES MAGISTRATE JUDGE